# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| DENNIS OBDUSKEY, Individual<br>    Appellant/Plaintiff<br>v.<br><br>WELLS FARGO, WELLS FARGO BANK, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, and MCCARTHY & HOLTHUS, LLP,<br><br>    Appellees/Defendants | Case No. 22-1156<br><br>[Dist. Ct. No. 1:15-CV-1734-JLK)<br>[D. Colo.) |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for McCarthy & Holthus, LLP, Appellee, in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒   There are no such parties, or any such parties have heretofore been disclosed to the court.

_Holly R. Shilliday_____
Name of Counsel

_/s/ Holly R. Shilliday_____
Signature of Counsel

McCarthy & Holthus, LLP, 7700 E. Arapahoe Rd., Suite 230, Centennial, CO 80112
Mailing Address and Telephone Number

_hshilliday@mccarthyholthus.com_____
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

May 27, 2022 via Electronic Filing.

Andrew M. Jacobs
SNELL & WILMER, LLP
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004
E-mail: ajacobs@swlaw.com

Anna M. Adams
SNELL & WILMER LLP
1200 Seventeenth Street, Ste. 1900
Denver, CO 80202
E-mail: amadams@swlaw.com

The document was also served on the following via U.S. first class mail:

Dennis Obduskey
604 Alpine Ave.
Pueblo, CO 81005

(*See* Fed. R. App. P. 25(b))

                                                   _/s/ *Holly R. Shilliday*_
                                                   for McCarthy & Holthus, LLP

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| DENNIS OBDUSKEY, Individual<br>　Appellant/Plaintiff<br><br>v.<br><br>WELLS FARGO, WELLS FARGO BANK, WELLS FARGO & CO., WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, and MCCARTHY & HOLTHUS, LLP,<br>　Appellees/Defendants | Case No. 22-1156<br><br>[Dist. Ct. No. 1:15-CV-1734-JLK)<br>[D. Colo.) |

**Certificate of Interested Parties**

　　The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1 (D)

N/A

3