UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Consent to Electronic Service**

Obduskey

v.

Wells Fargo, et al

Case No. 22-1156
Dist/AG docket: 1:15-CV-01734-JLK

    I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

Dennis Obduskey
Name

denniso@airbiz.net
Email address

*/s/ Dennis Obduskey*
Signature

**CERTIFICATE OF SERVICE**

    I hereby certify that on _____June 15, 2022_____ I sent a copy of
[date]
the Consent to Electronic Service to: Christopher M. Wolpert, Clerk of the Court
at United States Court of Appeaals for the Tenth Circuit, Byron White United States Court House, 1823 Stout Street, Denver, CO 80257, the last known address/email address, by _____US Mail_____.
[state method of service]

June 15, 2022                                    */s/ Dennis Obduskey*
Date                                                   Signature

your email address changes you must notify the court immediately. It is your responsibility to maintain your email address.

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                                          Sincerely,

                                          Christopher M. Wolpert
                                          Clerk of Court

cc:    Anna Adams
       Christopher Diedrich
       Gregory J. Marshall
       Holly R. Shilliday

CMW/jjh

