UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Entry of Appearance - Pro Se

**Obduskey**
v.
**Wells Fargo, et al**

Civil Action No. 22-1156,
Dist/Ag docket: 1: 15-CV-01734-JLK

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the
**Appellant** in
(Appellant, Petitioner, Appellee or Respondent)
this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☐  All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☒  There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

Signature: /s/ Dennis Obduskey

Name: Dennis Obduskey
Mailing Address: 604 Alpine Ave
City: Pueblo    State: CO    Zip Code: 81005

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 16 2022**

JEFFREY P. COLWELL
CLERK

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ____June 16, 2022____ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: ____Christopher J.L. Diedrich____

at ____Colorado Attorney General's Office, Ralph L Carr Judicial Center, Denver, CO 80203____

_____, the last known

address/email address, by ____U.S. First Class Mail____.
[state method of service]

____June 16, 2022____
Date

_[signature]_

Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

Andrew M Jacobs
SNELL & WILMER, LLP
400 E. Van Buren St., Ste 1900
Phoeniz, AZ 85004

Greg Marshall
SNELL & WILMER LLP
1200 Seventeenth St, Suite 1900
Denver, CO 80202

Holly R Shilliday
McCarthy & Holthus LLP, 7700 E
Arapahoe Rd, Suite 230, Centennial, CO
80112

Anna M Adams
SNELL & WILMER LLP
1200 Seventeenth St, Suite 1900
Denver, CO 80202

A-5a  Pro Se Entry of Appearance Form 10/09

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From:

To:



1000

U.S. POSTAGE PAID
FCM LETTER
PUEBLO, CO
81008
JUN 15, 22
AMOUNT
$1.65
R2305M149235-16

PS Form **3817**, April 2007  PSN 7530-02-000-9065



**UNITED STATES POSTAL SERVICE.**

```
              PUEBLO
         1022 FORTINO BLVD
         PUEBLO, CO 81008-2025
              (800)275-8777
06/15/2022                        05:57 PM
------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------
First-Class Mail®   1                $0.58
Letter
    Denver, CO 80257
    Weight: 0 lb 0.50 oz
    Estimated Delivery Date
        Fri 06/17/2022
    Cert of Mailing                  $1.65
Total                                $2.23

------------------------------------------
Grand Total:                         $2.23
------------------------------------------
Credit Card Remitted                 $2.23
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX1578
    Approval #: 2WTWNY
    Transaction #: 661
    AID: A0000000042203       Chip
    AL: US Debit
    PIN: Not Required     US Debit
------------------------------------------
```