UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Obduskey

v.

Wells Fargo, et al

Civil Action No. 22-1156
Dist/Ag docket: 1:15-CV-10734-JLK

## MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF

Appellant hereby moves the Court to for a 60-day extension of time to file the Opening Brief in this matter, and in support states:

1. Appellant has begun a new search for an attorney to assist him, and it may take some more time to investigate both the pro se clinic and the law schools for assistance.

2. Appellant has just been given permission to proceed *in forma pauperis,* and the search for pro bono assistance will be extensive and may involve unbundling of some legal services to assist on an issue-by-issue basis.

3. No party will be prejudiced with this extension.

WHEREFORE, Appellant respectfully requests that the Court extend the time for filing the opening brief by a period no more than 60 days.

Dated this 2nd day of August, 2022.

*[signature: Dennis Obduskey]*
Dennis Obduskey, *Pro Se*
604 Alpine Ave., Pueblo, CO  81005
(303) - 929-0040
denniso@airbiz.net



**PRIORITY MAIL EXPRESS®**

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

FROM: (PLEASE PRINT) PHONE ( 719 ) 298-0046
Dennis Obduskey
604 Alpine Ave
Pueblo CO 81005

TO: (PLEASE PRINT) PHONE ( )
CLERK OF THE COURT
US Court of Appeals 10th Circuit
Byron White Courthouse
1823 Stout, Denver CO
ZIP+4 80257

U.S. POSTAGE PAID
PME 1-Day
PUEBLO, CO 81005
AUG 02, 22
AMOUNT $26.95
R2304M112681-33