FILED  
United States Court of Appeals  
Tenth Circuit  

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

August 3, 2022

Christopher M. Wolpert  
Clerk of Court

---

DENNIS OBDUSKEY,

    Plaintiff - Appellant,

v.

WELLS FARGO, et al.,

    Defendants - Appellees.

No. 22-1156  
(D.C. No. 1:15-CV-01734-JLK)  
(D. Colo.)

---

## ORDER

---

This matter is before the court on appellant's motion for extension of time to file an opening brief. The motion is granted in part. The opening brief shall be filed on or before September 1, 2022. No further extensions will be granted on the Clerk's authority.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk